UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Volvo Financial Services , <br><br> Plaintiff, <br><br> v. <br><br> Hemi Express, Inc. et al, <br><br> Defendant. | Case No. 2:15-cv-1439 KJM AC <br><br> **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Hemi Express, Inc., a California Corporation and Val V. Bedrik aka Val Bedriu, jointly and severally, in the principal amount of $111,463.29 plus prejudgment interest in the amount of $17,202.48 for a total judgment of $128,665.77.

Date: December 01, 2015                          MARIANNE MATHERLY, CLERK

                                                 By: /s/  J. Donati
                                                 Deputy Clerk